5492.   WOODCOCK *v.* THE STATE.

RUSSELL, C. J. The evidence authorized the verdict, and the court committed no error of law which demands the grant of a new trial.
                                *Judgment affirmed. Roan, J., absent.*
DECIDED MARCH 26, 1914.

Indictment for seduction; from Wayne superior court—Judge Conyers. January 6, 1914.

*Thomas & Gibbs,* for plaintiff in error.
*J. H. Thomas, solicitor-general,* contra.